```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANGEL DIAZ                                                  :
                                                            :    99-CV-1085 (AT) (RWL)
                            Plaintiff,                      :
                                                            :
        - against -                                         :    ORDER
                                                            :
SUPT. ROBERT H. KUHLMAN,                                    :
                                                            :
                            Defendant.                      :
                                                            :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On April 16, 2001, judgment was entered denying Petitioner's petition for habeas corpus. Petitioner's subsequent efforts to appeal were unsuccessful. On June 24, 2022, Petitioner filed a motion for relief from the judgment pursuant to Fed. R. Civ. P. 60(b)(6). On August 26, 2022, Petitioner filed a letter seeking the same relief.

Accordingly, Respondent shall file a response to Petitioner's motion and letter **by October 31, 2022**.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 16, 2022
       New York, New York

Copies transmitted this date to all counsel of record.