```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/19/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANGEL DIAZ

                           Petitioner,

         - against -

STACIE BENNETT, Acting Supt. Of Sullivan
Correctional Facility, *sub nom.*

                         Respondent.

------------------------------------------------------------X

99-CV-1085 (AT) (RWL)

**AMENDED ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      On April 16, 2001, judgment was entered denying Petitioner's petition for habeas corpus. Petitioner's subsequent efforts to appeal were unsuccessful. On June 24, 2022, Petitioner filed a motion for relief from the judgment pursuant to Fed. R. Civ. P. 60(b)(6). On August 26, 2022, Petitioner filed a letter seeking the same relief.

      Accordingly, Respondent shall file a response to Petitioner's motion and letter by **October 31, 2022**.

                                                  SO ORDERED.

                                                  _____
                                                  ROBERT W. LEHRBURGER
                                                  UNITED STATES MAGISTRATE JUDGE

Dated: September 19, 2022
       New York, New York

Copies transmitted this date to all counsel of record. The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff at the address below:

Angel Diaz
(90-B-2445)
P.O. Box AG
Fallsburg, NY 12733-1187

1