```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/20/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ANGEL DIAZ

                          Petitioner,

      - against -

STACIE BENNETT, Acting Supt. Of Sullivan
Correctional Facility, *sub nom.*

                        Respondent.

-------------------------------------------------------------X

99-CV-1085 (AT) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      The Court has determined that no further briefing is warranted to resolve this matter. Accordingly, the scheduling order at Dkt. 32 is hereby vacated. The Court will decide the motion based on the existing record.

                                        SO ORDERED.

                                        _____
                                        ROBERT W. LEHRBURGER
                                        UNITED STATES MAGISTRATE JUDGE

Dated: October 20, 2022
       New York, New York

Copies transmitted this date to all counsel of record. The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff at the address below:

Angel Diaz
(90-B-2445)
P.O. Box AG
Fallsburg, NY 12733-1187

1